FILED'08 OCT 31 08:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KARL D. CHROMY,

      Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

      Defendant.

Civ. No. 08-514-CL

**JUDGMENT**

Based on the record, this action is dismissed without prejudice.

DATED this _30_ day of October, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT